```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        8:03CR93
                               )
          v.                   )
                               )
DAVID CHAMBERS,                )        ORDER
                               )
               Defendant.      )
_____)
```

IT IS ORDERED that final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 39) is rescheduled for:

**Friday, May 9, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District court