IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR93 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. CHAMBERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after final dispositional hearing held on May 9, 2008. Defendants has previously admitted the violations contained in the petition for warrant or summons for offender under supervision (Filing No. 39). The Court finds that defendant's supervised release will not be revoked, and that his supervised released shall be continued on the same terms and conditions as previously imposed.

IT IS ORDERED that defendant's supervised release is not revoked, and he remains under supervision upon the same terms and conditions as previously imposed.

DATED this 9th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court