IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR93 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. CHAMBERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 64). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the petition for offender under supervision (Filing No. 53) is dismissed.

DATED this 3rd day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court